**Dismissed and Memorandum Opinion filed September 17, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00630-CR

---

### BRANDON DURANT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1586178**

---

### MEMORANDUM OPINION

Appellant entered a guilty plea to aggravated robbery with a deadly weapon. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for 23 years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that appellant waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on

appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Appellant's waiver reflects that he entered into an agreement with the State after a jury found him guilty. Appellant waived the right of appeal knowing with certainty the punishment that would be assessed. *See Blanco v. State*, 18 S.W.3d 218, 219 (Tex. Crim. App. 2000) (holding waiver of right to appeal is valid if appellant knows with certainty the punishment that will be assessed).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Christopher, Spain, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b)